Abraham J. Colman (SBN 146933)
Email:  acolman@reedsmith.com
Tuan Uong (SBN 272447)
Email:  tuong@reedsmith.com
Sevana Zadourian (SBN 315037)
Email:  szadourian@reedsmith.com
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
Midland Funding, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY M. WILLIAMS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      vs.<br><br>SCOTT & ASSOCIATES, PC, MIDLAND FUNDING, LLC, MANN BRACKEN, LLP and DOES 1 through 10 inclusive,<br><br>            Defendants. | Case No.: 2:19-cv-2516-CJC (JCx)<br><br>**STIPULATION TO EXTEND TIME FOR MIDLAND FUNDING, LLC TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:        4/4/2019<br>Current Response Date: 4/25/2019<br>New Response Date:     5/9/2019<br><br>Hon. Cormac J. Carney<br>Magistrate Hon. Jacqueline Chooljian |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**WHEREAS**, Pursuant to C.D. Civil Local Rule 8-3, Plaintiff Sandy M. Williams ("Plaintiff") and Defendant Midland Funding, LLC ("Midland Funding"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Midland Funding currently has through and including April 25, 2019 to respond to the Complaint;

**WHEREAS**, the parties stipulated to extend Midland Funding's time within which to answer or otherwise respond to the Complaint to and including May 9, 2019 (for a total of 14 days);

**WHEREAS**, counsel for Midland Funding continues to diligently investigate the legal and factual bases for the claims asserted by Plaintiff in the Complaint but requires additional time to investigate, prepare a proper response, and consider the possibility of early resolution;

**WHEREAS**, this extension for Midland Funding's response to Plaintiff's Complaint will not alter the date of any event or any deadline already fixed by Court order, and pursuant to C.D. Local Rule 8-3, does not extend the time to respond to the initial complaint for more than thirty dates from the date the response initially would have been due;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Midland Funding and Plaintiff, through their respective counsel of record, that Midland Funding shall have an extension of time within which to answer or otherwise respond to the Complaint, with such extension to run through and including May 9, 2019.

//

//

//

//

//

– 2 –

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Dated:  April 26, 2019

THE LAW OFFICES OF AMIR J.
GOLDSTEIN, ESQ.


By:  */s/ Amir J. Goldstein*
     Amir J. Goldstein
     Attorney for Plaintiff
     Sandy M. Williams


Dated:  April 26, 2019

REED SMITH LLP


By:  /s/ *Sevana Zadourian*
     Sevana Zadourian
     Attorney for Defendant
     Midland Funding, LLC


## ATTESTATION OF SIGNATURE

I, Sevana Zadourian, am the ECF User whose ID and Password were used to electronically file this Stipulation to Extend Time to Respond to Initial Complaint. Pursuant to Civil Local Rule 5-4.3.4(a)(2), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the content of this filing and have authorized the electronic filing thereof.


DATED:  April 26, 2019


     */s/ Sevana Zadourian*
     Sevana Zadourian