Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Tuan Uong (SBN 272447)
Email: tuong@reedsmith.com
Sevana Zadourian (SBN 315037)
Email: szadourian@reedsmith.com
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
Midland Funding, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY M. WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT & ASSOCIATES, PC, MIDLAND FUNDING, LLC, MANN BRACKEN, LLP and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 2:19-cv-2516-CJC (JCx)<br><br>**STIPULATION TO EXTEND TIME FOR MIDLAND FUNDING, LLC TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: 4/4/2019<br>Current Response Date: 5/9/2019<br>New Response Date: 5/22/2019<br><br>Hon. Cormac J. Carney<br>Magistrate Hon. Jacqueline Chooljian |

– 2 –

1     **WHEREAS**, Pursuant to C.D. Civil Local Rule 8-3, Plaintiff Sandy M.
2 Williams ("Plaintiff") and Defendant Midland Funding, LLC ("Midland Funding"),
3 by and through their respective counsel of record, hereby stipulate as follows:

4     **WHEREAS**, Pursuant to Rule 12 of the Federal Rules of Civil Procedure,
5 Midland Funding currently has through and including May 9, 2019 to respond to the
6 Complaint;[1]

7     **WHEREAS**, the parties stipulated to extend Midland Funding's time within
8 which to answer or otherwise respond to the Complaint to and including May 22,
9 2019;

10     **WHEREAS**, counsel for Midland Funding continues to diligently investigate
11 the legal and factual bases for the claims asserted by Plaintiff in the Complaint but
12 requires additional time to investigate, prepare a proper response, and consider the
13 possibility of early resolution;

14     **WHEREAS**, this extension for Midland Funding's response to Plaintiff's
15 Complaint will not alter the date of any event or any deadline already fixed by Court
16 order, and pursuant to C.D. Local Rule 8-3, does not extend the time to respond to the
17 initial complaint for more than thirty dates from the date the response initially would
18 have been due;

19     **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between
20 Midland Funding and Plaintiff, through their respective counsel of record, that
21 Midland Funding shall have an extension of time within which to answer or otherwise
22 respond to the Complaint, with such extension to run through and including May 22,
23 2019.

24 //
25 //
26 //
27

28 [1] Midland Funding's original response deadline was 4/25/19, however on 4/26/19 the Parties stipulated to an extension until 5/9/19 [Dkt. #8].

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –
STIPULATION TO EXTEND TIME FOR MIDLAND FUNDING, LLC TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)

| | |
|---|---|
| Dated:  May 6, 2019 | THE LAW OFFICES OF AMIR J. GOLDSTEIN, ESQ. |
| | By: */s/ Amir J. Goldstein*<br>Amir J. Goldstein<br>Attorney for Plaintiff<br>Sandy M. Williams |
| Dated:  May 6, 2019 | REED SMITH LLP |
| | By: /s/ *Sevana Zadourian*<br>Sevana Zadourian<br>Attorney for Defendant<br>Midland Funding, LLC |

**ATTESTATION OF SIGNATURE**

I, Sevana Zadourian, am the ECF User whose ID and Password were used to electronically file this Stipulation to Extend Time to Respond to Initial Complaint. Pursuant to Civil Local Rule 5-4.3.4(a)(2), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the content of this filing and have authorized the electronic filing thereof.

DATED:  May 6, 2019

*/s/ Sevana Zadourian*
Sevana Zadourian