Eugene Xerxes Martin, IV
Texas State Bar No. 24078928
Email: xmartin@mamlaw.com
**MALONE FROST MARTIN PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631
**Attorney for Defendant**
**Scott & Associates, PC**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandy M. Williams, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Scott & Associates, PC, Midland Funding, LLC, Mann Bracken, LLP, and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No.: 2:19-cv-02516-CJC-JC<br><br>**DEFENDANT SCOTT & ASSOCIATES, PC'S AGREED MOTION TO DISBURSE FUNDS ENTERED INTO THE REGISTRY OF THE COURT** |

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant Scott & Associates, PC ("Scott"), and files this Agreed Motion to Disburse Funds Entered into the Registry of the Court, and will show onto this Court as follows:

**I.**

1. On November 12, 2019, Defendant previously requested leave from this court to interplead $20,000.00 into the Court's registry. Doc. 28.

2. The Court granted Defendant's request on November 22, 2019. Doc. 29.

1

3. The funds were interpleaded into the Court's registry on or around December 9, 2019. Doc. 30.

4. This case was now been resolved between the Parties. Doc. 47.

5. The settlement agreement and the terms contained therein have been agreed to and all terms of the settlement have been executed and consummated.

6. Subject to Federal Rule 67 and 28 U.S.C. § 2042, Defendant now requests this Court enter an order disbursing the funds previously interpleaded into the Court's registry. Defendant requests that the funds be disbursed back to Defendant Scott & Associates, PC, in care of its attorneys, Malone Frost Martin, PLLC.

WHEREFORE, PREMISES CONSIDERED, Defendant Scott & Associates, PC, respectfully requests that this Court grant this Agreed Motion to Disburse Funds from the Court's Registry, and requests that this Court issue an order for the disbursement of the $20,000.00 previously interplead with the Court by Defendant, in accordance with the attached proposed order.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted,

**MALONE FROST MARTIN PLLC**

*/s/ Xerxes Martin*
EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mamlaw.com
**MALONE FROST MARTIN PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

***COUNSEL FOR DEFENDANT
SCOTT & ASSOCIATES, PC***

## CERTIFICATE OF CONFERENCE

Counsel for Defendant Scott & Associates, PC, has conferred with counsel for the remaining parties in this case. The Parties are unopposed to relief requested herein.

*/s/ Xerxes Martin*
EUGENE XERXES MARTIN, IV

## CERTIFICATE OF SERVICE

On June 23, 2020, this Motion was forwarded to all counsel of record through the ECF system.

*/s/ Xerxes Martin*
EUGENE XERXES MARTIN, IV