cc: Fiscal

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandy M. Williams, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Scott & Associates, PC, Midland Funding, LLC, Mann Bracken, LLP, and DOES 1 through 10 inclusive,<br><br>　　　　　　　　　　Defendant. | Case No.: 2:19-cv-02516-CJC-JC<br><br>**ORDER ON DEFENDANT SCOTT & ASSOCIATES, PC'S AGREED MOTION TO DISBURSE FUNDS ENTERED INTO THE REGISTRY OF THE COURT** |

　　On this day came to be considered Defendant's Scott & Associates, PC's Agreed Motion to Disburse Funds Entered into the Registry of the Court. For the reasons stated in the Motion, it is the opinion of the Court that the Motion should be **GRANTED**.

　　Therefore, it is hereby **ORDERED** that Defendant's Scott & Associates, PC's Agreed Motion to Disburse Funds Entered into the Registry of the Court is **GRANTED**. The Clerk of the Court is hereby **ORDERED** to disburse the funds entered into the registry of the Court to Scott & Associates, PC, in care of its attorneys, Malone Frost Martin, PLLC, Northpark Central, Suite 1850, 8750 North Central Expressway, Dallas, Texas 75231.

Signed this 8th day of July, 2020.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Honorable Cormac J. Carney
　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge